[Dodsifp] [District order disapproving in forma pauperis]

ORDERED.

Dated: September 6, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Christinia Roeber Loria
aka Tina Loria
dba Tina Loria

_____Debtor*_____/

Case No.
8:19–bk–08415–RCT
Chapter 7

ORDER DISAPPROVING APPLICATION
TO HAVE THE CHAPTER 7 FILING FEE WAIVED

THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Have the Chapter 7 Filing Fee Waived, (Document No. 3). Having reviewed the Application, the Court finds as follows:

The Debtor does not qualify based on monthly income and number of dependents.

Therefore, it is **ORDERED**:

1. The Application to Have the Chapter 7 Filing Fee Waived is disapproved without prejudice.

2. Debtor shall pay the filing fee, in the form of cashier's check or money order mailed to the following address:

    Clerk, U.S. Bankruptcy Court
    Sam M. Gibbons United States Courthouse
    801 North Florida Avenue, Suite 555
    Tampa, FL 33602

3. Payments shall be made according to the following terms:

☐ Payment of full filing fee of on or before

☑ Installment payments as follows:

$ 110.00 on or before October 4, 2019

$ 75.00 on or before  November 3, 2019

$ 75.00 on or before  December 3, 2019

$ 75.00 on or before  January 2, 2020

    4. Until the filing fee is paid in full, the Debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

    5. If the Debtor fails to make the required installment payments, the Court may enter an order dismissing the case for failure to pay the required fee or withhold the discharge.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.