UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                      Case No: 19-bk-08415-RCT
                                                            Chapter 7

CHRISTINIA ROEBER LORIA
DBA TINA LORIA
AKA TINA LORIA

Debtor(s)
_____/

**NOTICE OF APPEARANCE**
*Re: 4583 Parnell Dr., Sarasota, FL 34232*

Shirley Palumbo of Greenspoon Marder LLP, files this appearance as attorneys of record for American Advisors Group, in connection with the above captioned proceeding, and requests the Clerk, pursuant to Federal R. Bank. P. 2002(g) to add the undersigned to the mailing matrix for the case and requests that all notices, pleadings and papers which must be served to creditors, any creditor's committees, and any other parties-in-interest, whether sent by the Court, Debtor, or any other party in the case, be sent to the undersigned at the following address:

> City Place
> 525 Okeechobee Blvd, Suite 900
> West Palm Beach, FL 33401
> Email address: bankruptcy@gmlaw.com

I HEREBY CERTIFY that on this 23rd day of September 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically and/or via US Mail.

 /s/ Shirley Palumbo
Shirley Palumbo, Esq.
Florida Bar No. 73520
City Place
525 Okeechobee Blvd, Suite 900
West Palm Beach, FL 33401
Tel: (561) 227-2370
Fax: (954) 771-9264
Email: Shirley.Palumbo@gmlaw.com

34407.1635
**Mailing List:**

*Debtor*
**Christinia Roeber Loria**
2709 Beneva Road
Sarasota, FL 34232

*Trustee*
**Douglas N Menchise**
2963 Gulf to Bay Boulevard
Suite 300
Clearwater, FL 33759

*U.S. Trustee*
**United States Trustee - TPA7/13**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602